**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF NEW YORK
300 QUARROPAS STREET
WHITE PLAINS, NEW YORK 10601
914 390 4130

Chambers of                                                                                    June 16, 2008
**Hon. Lisa Margaret Smith**
United States Magistrate Judge

**SCHEDULING ORDER**
08CV3691(SCR)(LMS)

Scott H. Stone, Esq.
44 Church Street
White Plains, NY 10601

Angela DiPilato
KNA Paralegals & Consultants
40 Memorial Highway  #9D
New Rochelle, NY 10801


The  matter of     **RODRIGUEZ-V-FRANK**   has been  scheduled for a  conference,

before the Hon. Lisa Margaret Smith,  United States Magistrate Judge,  on **June 24,  2008** at

11:30 AM  in Courtroom 420.


Notify all other parties of this schedule immediately.
*Any party seeking a reschedule shall telephone chambers with all other parties on the line.*


SO ORDERED:  *Lisa Margaret Smith*
Hon. Lisa Margaret Smith
U.S.M.J.