UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Cynthia Rodriguez

                Plaintiff(s)

                     v.

Kenneth A. Frank, et al.

                Defendants(s)
-----------------------------------------------------------------

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 CV 3691 (SCR)(LMS)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___ Settlement*

___ Inquest After Default/Damages Hearing

___ For jury selection

___ Habeas Corpus

___ Social Security

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

All such motions:_____

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:

* Do not check if already referred for general pretrial.

DATED:      White Plains, New York

6/13/08

SO ORDERED.

*Stephen C. Robinson*
United States District Judge
Stephen C. Robinson